No. 71–6219. REESE ET AL. *v.* MEIER, PRISON DIREC-TOR, ET AL. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 71–6164. LEVY *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA ET AL.;

No. 71–6261. ANDERSON *v.* TURRENTINE, U. S. DISTRICT JUDGE; and

No. 71–6270. WION *v.* AARAJ, U. S. DISTRICT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 71–1193. UNITED STATES *v.* ENMONS ET AL. Appeal from D. C. E. D. La. Probable jurisdiction noted.

No. 71–834. McCLANAHAN *v.* ARIZONA TAX COMMISSION. Appeal from Ct. App. Ariz. Probable jurisdiction noted and case set for oral argument with No. 71–738 [*Mescalero Apache Tribe* v. *Jones,* certiorari granted, *ante,* p. 905].

No. 71–1043. HELLER *v.* NEW YORK. Ct. App. N. Y. Certiorari granted and case set for oral argument with No. 71–1134 [*Roaden* v. *Kentucky,* certiorari granted, *ante,* p. 905].

No. 71–1136. TILLMAN ET AL. *v.* WHEATON-HAVEN RECREATION ASSN., INC., ET AL. C. A. 4th Cir. Motion to strike brief of respondents, except McIntyre, denied. Certiorari granted.

No. 71–6272. ROBINSON *v.* NEIL, WARDEN. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.